**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Juan Nuno Velasco,

Plaintiff,

v.

Sheriff Dennis Balaam, et al.

Defendants.

Case No. 2:23-cv-00192-CDS-DJA

**Order**

Before the Court is Plaintiff's notice regarding service (ECF No. 18), motion to serve unserved Defendants (ECF No. 19), and motion for more time to complete service (ECF No. 20). Plaintiff's summons to Defendant Washoe County Sherrif Dennis Balaam were returned unexecuted on October 13, 2023. (ECF No. 16). Those summons provide that, although the United States Marshals Service ("USMS") was able to successfully serve an individual at the address Plaintiff provided, the service was returned by the facility because Sheriff Dennis Balaam is deceased. (*Id.*).

In his notice, Plaintiff asserts that he asked the law library to inform him who the current Sheriff of Washoe County and the current Governor of Nevada are. (ECF No. 18 at 2). The law library informed him that the current Sherrif is Sheriff Darin Balaam and the current Governor is Governor Joe Lombardo.[1] (*Id.* at 9). Plaintiff thus moves the Court to attempt service on Sheriff Darin Balaam and Governor Joe Lombardo at addresses Plaintiff indicates in his motion. (ECF No. 19). He also moves for additional time to serve these Defendants. (ECF No. 20).

[1] Plaintiff asserts that the law library did not provide him the "whole information" about these individuals, including their addresses. (ECF No. 18 at 2, 9). However, Plaintiff later indicates addresses where these individuals can be served. (ECF No. 19 at 2).

However, Plaintiff has not named either Sheriff Darin Balaam or Governor Joe Lombardo in his complaint or amended his complaint to include these Defendants. Under Federal Rule of Civil Procedure 4(a)(1)(B), a summons must be directed to the defendant. Because neither Sheriff Darin Balaam nor Governor Joe Lombardo are named parties in this action, Plaintiff must first amend his complaint to include them before the Court can issue summons to them. The Court will thus deny Plaintiff's motion for service and to extend time without prejudice as premature. If Plaintiff wishes to name, and then serve, Sheriff Darin Balaam and Governor Joe Lombardo, he must first move to amend his complaint to name these parties under Federal Rule of Civil Procedure 15 and Nevada Local Rule 15-1.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for service (ECF No. 19) and motion to extend time (ECF No. 20) are **denied without prejudice** as premature.

DATED: January 5, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE