UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juan Nuno Velasco,

        Plaintiff

v.

Sheriff Dennis Balaam, et al.,

        Defendants

Case No. 2:23-cv-00192-CDS-DJA

**Order Granting Plaintiff's Motion to Extend Time**

[ECF No. 67]

Plaintiff Juan Nuno Velasco moves to extend time to file a response to defendant Governor Joe Lombardo's motion to dismiss. Mot., ECF No. 67. Velasco represents that he needs an additional thirty days to meet with the law library clerks, and to research and perfect his response. *Id.* at 3. Governor Lombardo has not filed any opposition to date. However, I find that there is good cause to extend the deadline by thirty days.

**Conclusion**

IT IS THEREFORE ORDERED that Velasco's motion for an extension of time to file a response **[ECF No. 67] is GRANTED**. Velasco has until September 11, 2025, to file a response to Governor Lombardo's motion to dismiss.

Dated: August 11, 2025

                                      _____
                                      Cristina D. Silva
                                      United States District Judge