UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Juan Nuno Velasco,

                    Plaintiff

v.

Sheriff Dennis Balaam, et al.,

                    Defendants

Case No. 2:23-cv-00192-CDS-DJA

**Order Granting Plaintiff's Motion to Extend Time to File Show-Cause Response**

[ECF No. 82]

On January 21, 2026, I granted Governor Joe Lombardo's motion to dismiss and found that plaintiff Juan Velasco's claims (one through four) arise from his extradition twenty years ago, falling well outside of Nevada's two-year statute of limitations for § 1983 claims. Order, ECF No. 80. As a result, I ordered Velasco to show cause, by February 6, 2026, why claims one through four of his amended complaint should not be dismissed as time barred. *Id.* at 8.

Velasco now seeks an extension of time to file his response to my show-cause order because a unit transfer and prison lockdowns hindered his ability to use the law library. Mot., ECF No. 82. Velasco requests an additional twenty-one days—until February 27, 2026—to file his response. *Id.* at 4. I find that prison lockdowns constitute good cause to extend filing deadlines, as they restrict inmates' access to legal resources and limit the ability to prepare and file documents. Therefore, in light of these considerations, Velasco's motion for an extension of time **[ECF No. 82] is granted**. Velasco must file his written response explaining why claims one through four in the amended complaint should not be dismissed as time barred, by February 27, 2026. If Velasco fails to file a response to the show-cause order by that date, the court will dismiss claims one through four of the amended complaint without further advance notice.

Dated: February 6, 2026

_____
Cristina D. Silva
United States District Judge